

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: __3/25/2022__

**SYLVIA HINDS-RADIX**
*Corporation Counsel*

T**HE** C**ITY OF** N**EW** Y**ORK**
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, N.Y. 10007

AMANDA ROLON
*Assistant Corporation Counsel*
phone: (212) 356-2356
fax: (212) 356-3509
arolon@law.nyc.gov

March 28, 2022

**VIA ECF**
Honorable Robert W. Lehrburger
United States Magistrate Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

    *Re*: Anthony Colella v. Captain Christopher Treubig, et al.,
       21 Civ. 9390 (LAK)(RWL)

Your Honor:

    I am an Assistant Corporation Counsel in the Office of Sylvia Hinds-Radix, Corporation Counsel of the City of New York, and the attorney representing defendants City of New York, Captain Treubig, Lieutenant Jurgens, P.O. Williams, P.O. Rivera, and P.O. Cambria (collectively, "City defendants") in the above-referenced matter. In light of the Court's designation of this action for participation in Local Civil Rule 83.10, City defendants write to respectfully request an adjournment of the initial conference scheduled for April 5, 2022 at 3:00 p.m., as well as a corresponding extension of the parties' time to file a proposed case management plan, until a date and time convenient to the Court after the parties have completed mediation pursuant to Local Rule 83.10. This is the first request for an adjournment of the initial conference and is being submitted with the consent of all parties.

    By way of procedural background, plaintiff initiated the instant action on November 12, 2021, alleging, *inter alia*, that employees of the New York City Police Department falsely arrested plaintiff. (ECF No. 1.) On December 6, 2021, the court designated this action for participation in Local Rule 83.10. (ECF No. 13.) On February 22, 2022, the Court granted the City defendants an extension of time to file their answer, and extending subsequent Local Rule 83.10 deadlines commensurately. (ECF No. 17.) On March 17, 2022, City defendants filed their answer to the complaint. (ECF No. 19.)

City defendants now seek an adjournment of the initial conference in order to exhaust the case management plan mandated by Local Rule 83.10, which includes but is not limited to, disclosure of certain information and documents and a required mediation that must be completed by June 24, 2022.  (See Local Rule 83.10, §§4- 8.)

City defendants thank the Court for its time and consideration herein.

By:    /s/ *Amanda Rolon*
       Assistant Corporation Counsel
       Special Federal Litigation Division

**BY ECF**
*All counsel of record*

> Request granted.  The conference scheduled for April 5, 2022 is canceled, and the filings required for that conference need not be filed at this time.  The parties shall file a joint status report every 60 days and not later than seven days after completion of mediation.
>
> SO ORDERED:
>
> _____  3/25/2022
> HON. ROBERT W. LEHRBURGER
> UNITED STATES MAGISTRATE JUDGE